Janine C. Prupas, Bar No. 9156
Michaela G. Jones, Bar No. 15205
SNELL & WILMER LLP
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511-3041
Telephone:     775.785.5440
Facsimile:     775.785.5441
Email: jprupas@swlaw.com
        mgjones@swlaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGGS AMBULANCE SERVICE also known as RIGGS AMBULANCE SERVICE, INC., a California corporation, | Case No.: 3:26-cv-00484-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| SIERRA MEDICAL SERVICES ALLIANCE, a Nevada domestic nonprofit corporation, | [ECF No. 8] |
| Defendant. | |

Plaintiff Riggs Ambulance Service, also known as Riggs Ambulance Service, Inc., and Defendant Sierra Medical Services Alliance, by and through their attorneys of record, stipulate and agree that Defendant has up to and including Monday, July 27, 2026, to submit Defendant's response to Plaintiff's Complaint (Doc. No. 1).

//
//
//
//
//
//
//
//
//

Defendant's counsel was recently retained and requires additional time to familiarize themselves with the case before responding to the Complaint. Defendant's response is currently due Monday, July 20, 2026. The parties agree that this extension will not prejudice any of the parties to this action.

Dated this 10th day of July, 2026.

KAEMPFER CROWELL                    SNELL & WILMER L.L.P.

By:  */s/ Louis M. Bubala III*        By: */s/ Janine C. Prupas*
Louis M. Bubala III, Bar No. 8974    Janine C. Prupas, Bar No. 9156
50 West Liberty Street, Suite 1100   Michaela G. Jones, Bar No. 15205
Reno, Nevada 89501                   5520 Kietzke Lane, Suite 200
                                     Reno, Nevada 89511-3041
*Attorneys for Plaintiff*

                                     *Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: ___July 10_____, 2026

_____
UNITED STATES MAGISTRATE JUDGE