Louis M. Bubala III, Bar 8974
KAEMPFER CROWELL
50 W. Liberty St., Ste. 1100
Reno, Nevada 90501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGGS AMBULANCE SERVICE also known as RIGGS AMBULANCE SERVICE, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>SIERRA MEDICAL SERVICES ALLIANCE, a Nevada domestic nonprofit corporation,<br><br>Defendant. | Case No.: 3:26-cv-00484-clb<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PARTIAL MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Riggs Ambulance Service, also known as Riggs Ambulance Service, Inc., and Defendant Sierra Medical Services Alliance, by and through their attorneys of record, stipulate and agree that Plaintiff has up to and including Friday, August 14, 2026, to submit its opposition to Defendant's partial motion to dismiss (Dkt. 10).

Plaintiff filed the complaint June 25, 2026 (Dkt. 1) and served Defendant June 29, 2026 (Dkt. 6). Defendant requested, and Plaintiff stipulated with Defendant for, a seven-day extension to respond to the complaint on or before July 27, 2026 (Dkt. 8), which the Court granted July 10, 2026 (Dkt. 9). Defendant filed its partial motion to dismiss July 27, 2026.

On August 12, 2026, Plaintiff's counsel discovered that he and his staff had not calendared the briefing schedule, and that the opposition was due August 10, 2026. Plaintiff counsel apologizes for the error, attributing it to excusable neglect compounded by two urgent matters and the unexpected death of his family's dog during the brief period. Defendant's counsel has graciously agreed to allow Plaintiff to file its opposition to the motion on or before Friday, August

14, 2026. The parties agree that this four-day extension will not prejudice any of the parties to this action.

Dated this 12th day of August, 2026.

KAEMPFER CROWELL

By: /s/Louis M. Bubala III
Louis M. Bubala III, Bar No. 8974
50 West Liberty Street, Suite 1100
Reno, Nevada 89501

*Attorneys for Plaintiff*

SNELL & WILMER L.L.P.

By: /s/ Janine C. Prupas
Janine C. Prupas, Bar No. 9156
Michaela G. Jones, Bar No. 15205
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511-3041

*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: August 12, 2026

UNITED STATES MAGISTRATE JUDGE