Janine C. Prupas, Bar No. 9156
Michaela G. Jones, Bar No. 15205
SNELL & WILMER LLP
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511-3041
Telephone: 775.785.5440
Facsimile: 775.785.5441
Email: jprupas@swlaw.com
mgjones@swlaw.com

*Attorneys for Defendant*

SNELL & WILMER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIGGS AMBULANCE SERVICE also known as RIGGS AMBULANCE SERVICE, INC., a California corporation,<br><br>Plaintiff,<br>vs.<br><br>SIERRA MEDICAL SERVICES ALLIANCE, a Nevada domestic nonprofit corporation,<br><br>Defendant. | Case No.: 3:26-cv-00484-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>**(FIRST REQUEST)** |

Plaintiff Riggs Ambulance Service, also known as Riggs Ambulance Service, Inc., and Defendant Sierra Medical Services Alliance, by and through their attorneys of record, stipulate and agree that Defendant has up to and including Friday, August 28, 2026, to submit Defendant's Reply in support of its Partial Motion to Dismiss [Doc. 10].

//

//

//

//

//

//

//

//

Defendant's reply is currently due Friday, August 21, 2026. The parties agree that this extension will not prejudice any of the parties to this action.

Dated this 20th day of August, 2026.

KAEMPFER CROWELL

By: /s/ Louis M. Bubala III
Louis M. Bubala III, Bar No. 8974
50 West Liberty Street, Suite 1100
Reno, Nevada 89501

*Attorneys for Plaintiff*

SNELL & WILMER L.L.P.

By: /s/ Janine C. Prupas
Janine C. Prupas, Bar No. 9156
Michaela G. Jones, Bar No. 15205
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511-3041

*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: August 20, 2026.

UNITED STATES MAGISTRATE JUDGE

SNELL & WILMER